**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **JOHN DUHON** | : | **CASE NO.  2:25-CV-01097** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **ADRIENNE WILLIAMS ET AL** | : | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a Report and Recommendation [Doc. 14] of the Magistrate Judge, recommending that the *Plaintiff's Motion to Remand* [doc. 9] be granted.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Remand [doc. 9] is **GRANTED.**  It is **FURTHER ORDERED** this matter be **REMANDED** to the state court from which it was removed**.**

**THUS DONE AND SIGNED** in Chambers on this 6th day of April, 2026.

_____
**JUDGE JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

1